# 858     SUPREME COURT OF KANSAS.

THE STATE OF KANSAS v. ARTHUR BENJ. FERGUSON. No. 11,519. SAME v. JAMES MILLS. No. 11,520. SAME v. JOSEPH LANGLEY. No. 11,521. SAME v. JOSEPH NAGLEY. No. 11,522. SAME v. FRANK NIMERICK. No. 11,523. SAME v. CHARLES GROTH. No. 11,528. SAME v. JOHN WITTICH. No. 11,529. SAME v. DETRICK WITTICH. No. 11,530. (58 Pac. 993.) Appeals from court of appeals, southern department. Opinion filed November 11, 1899. *Dismissed.* G. R. Gard, county attorney, C. A. Amos, and Travis Morse, for The State. Oscar Foust & Son, J. B. Atchison, W. A. Choguill, and Chris. S. Ritter, for appellants.

THE CITIZENS' BANK OF LA CYGNE v. JULIA WALLACE. No. 10,393. (59 Pac. 379.) Motion to retax costs. Opinion filed December 9, 1899. *Overruled.* A. A. Godard, attorney-general, and David Overmyer, for The State. James D. Snoddy, for the motion.

C. HOOD v. LUCY BAIN et al. No. 10,957. (59 Pac. 275.) Error from Lyon district court. Opinion filed December 9, 1899. *Reversed.* E. A. Austin, and C. N. Sterry, for plaintiff in error. J. G. Hutchison, for defendants in error.

ELIZABETH B. WILDS v. J. W. S. PETERS. No. 10,965. SAME v. T. K. HANNA. No. 10,966. (59 Pac. 1115.) Error from Wyandotte district court. Opinion filed December 9, 1899. *Affirmed.* Jas. M. Mason, and Joseph A. Smith, for plaintiff in error. Milton Moore, and Junius W. Jenkins, for defendants in error.

ALVIN M. BRINCKLE AND LILLIE J. JENKINS, as Executors, etc., v. W. L. CHALLISS et al. No. 11,239. (59 Pac. 1114.) Error from Atchison district court. Opinion filed December 9, 1899. *Affirmed.* Waggener, Horton & Orr, for plaintiffs in error. Frank G. Crowell, and J. M. Challiss, for defendants in error.

EARL SAMPLE v. S. W. HORNER. No. 11,254. (59 Pac. 335.) Error from Morris district court. Opinion filed December 9, 1899. *Plea in abatement overruled.* D. II. Branaman, for plaintiff in error. M. B. Nicholson, for defendant in error.

R. S. MARPLE, as Executor, etc., v. W. S. MARPLE et al. No. 11,- 350. Error from Woodson district court. Opinion filed December 9, 1899. *Certified.* Lamb & Hogueland, for plaintiff in error. Clesson S. Kinney, for defendants in error.

E. G. WILSON et al. v. MARY J. WOLF et al. No. 11,352. Error from Shawnee district court. Opinion filed December 9, 1899. *Certified.* Guthrie, Austin & Wilson, for plaintiffs in error. Vance & Campbell, and Frank Herald, for defendants in error.

THE FIRST NATIONAL BANK OF MAUCH CHUNK, PENNSYLVANIA, v. THE VALLEY STATE BANK OF HUTCHINSON, KANSAS. No. 11,375. (59 Pac. 335.) Error from Reno district court. Opinion filed December 9, 1900. *Dismissed.* W. M. Whitelaw, and W. G. Fairchild, for plaintiff in error. Prigg & Williams, for defendant in error.

*In re* R. M. COUNSIL. No. 11,616 (59 Pac. 274.) Original proceeding in *habeas corpus.* Opinion filed December 9, 1899. *Dismissed.* Waters & Waters, and L. C. Waters, for petitioner. John Callahan, and H. C. Dooley, for respondent.